■ JAMES W. MAXWELL, Appellant, v. ALVIN MILLER, as Executor of JOHN HUNTER, Deceased, Respondent.— In an action against an executor to recover for board, lodging and practical nursing services rendered to decedent during his lifetime, the appeal is from a judgment dismissing the complaint upon the merits after trial before the court without a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILL BAGGENETT, True Name JESSE F. COLLINS, Appellant.—Appeal from so much of a judgment of the County Court, Queens County, convicting appellant of felonious possession of narcotics in violation of section 1751 of the Penal Law, and resentencing him to a term of two to ten years, as " denied [appellant's] application for a writ of *coram nobis* that the [appellant] be sentenced for the conviction of a misdemeanor instead of a felony", and from so much of an order which denied him the same relief. Judgment and order, insofar as appealed from, unanimously affirmed. No opinion. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ. [See 4 A D 2d 674.]